IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMUEL L. GUY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 17-576-GMS |
| v. | ) Superior Court of the State of |
| | ) Delaware in and for New Castle County |
| HANIFA SHABAZZ, et al., | ) Case No. 17C-05-103 WCC |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 6th day of Feb, 2018, consistent with the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The plaintiff's motion to remand to State Court (D.I. 6) is **denied**.

2. The plaintiff's request for default (D.I. 5) is **denied**.

3. The defendants' motion to dismiss (D.I. 3) is **granted**.

4. Hanifa Shabazz, Rysheema Dixon, and Loretta Walsh are **dismissed** as defendants as they are immune from suit. The Wilmington City Council is **dismissed** as a defendant as an improper party.

5. The due process claim is **dismissed** with prejudice. Amendment is futile as to the due process claim.

6. The plaintiff is given leave to file an amended complaint on or before March 2, 2018. The complaint will be dismissed should the plaintiff fail to timely file an amended complaint.

_____
UNITED STATES DISTRICT JUDGE