

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
*Attorneys at Law*

WILMINGTON

GEORGETOWN

NEW YORK

**Barry M. Willoughby**
P 302.571.6666
F 302.576.3345
bwilloughby@ycst.com

April 2, 2018

Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801

    Re: Guy v. City of Wilmington
       C.A. No. 17-cv-576-GMS

Dear Judge Sleet:

    Enclosed are courtesy copies of Defendant's Opening Brief in Support of Its
Motion to Dismiss Plaintiff's Amended Complaint.

           Respectfully submitted,

           Barry M. Willoughby
           (Bar I.D. 1016)

BMW:dlc
Enclosures
cc: Samuel L. Guy, Esquire (via CM/ECF)